JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV 10-8383-DSF (PJWx) |
| --- | --- |
| Plaintiff, | **FINAL JUDGMENT AGAINST DEFENDANT STEVEN ENRICO LOPEZ, SR.** |
| vs. | |
| ALERO ODELL MACK, JR., et al., | |
| Defendants. | |

The Securities and Exchange Commission having filed a Complaint and Defendant Steven Enrico Lopez, Sr. having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant is liable for disgorgement of $577,000, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $40,219.55, and a civil penalty in the amount of $150,000 pursuant to Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)(A)], Section 20 of the Securities Act [15 U.S.C. §77t(d)(2)], and Section 209(e) of the Advisers Act [15 U.S.C. § 80b-9(e)].

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

September 1. 2016

_____
UNITED STATES DISTRICT JUDGE
DALE S. FISCHER

1